EUGENE MASTERSON, Respondent, *v.* CITY OF MECHANICVILLE et al., Appellants.

ROBERT J. COUSER, JR., Appellant and Respondent, *v.* CITY OF MECHANICVILLE et al., Appellants, and EUGENE MASTERSON, Respondent.

Argued November 18, 1949; decided December 2, 1949.

*John F. Doyle, Thomas Ryan* and *James G. Heffernan* for City of Mechanicville, appellant.

*Charles E. Nichols* for Boston and Maine Railroad Company, appellant.

*Frank A. Tate* for appellant-respondent.

*James T. Harrington* for respondent.

Judgments affirmed, with costs. Motion of the defendant-respondent Masterson for dismissal of the appeal denied. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.